PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00105-KJM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ADRIAN OSCAR DURAN, DONLEY THOMPSON, DONTE MARCEL ANDERSON, TRACY WHITFIELD, AND DESTENY SALAZAR, | DATE: January 10, 2022 TIME: 9:00 a.m. COURT: Hon. Kimberly J. Mueller |
| Defendants. | |

**STIPULATION**

1.       By previous order, this matter was set for status on January 10, 2022.

2.       By this stipulation, defendants now move to continue the status conference until March 28, 2022,, and to exclude time between January 10, 2022, and March 28, 2022,, under Local Code T4.

3.       The parties agree and stipulate, and request that the Court find the following:

        a)       The government has represented that the discovery associated with this case includes hours of video recordings from police body cameras and surveillance cameras; cellular telephone extractions, photographs, audio recordings,

and investigative reports.

b)      Counsel for defendants desire additional time consult with their clients, review the discovery, conduct defense investigation, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2022, to March 28, 2022,, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 5, 2022                      PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney


Dated:  January 5, 2022                      /s/ JOHN MANNING
                                             JOHN MANNING
                                             Counsel for Defendant
                                             Adrian Duran


Dated:  January 5, 2022                      /s/ NOA OREN
                                             NOA OREN
                                             Counsel for Defendant
                                             Donley Thompson


Dated:  January 5, 2022                      /s/ MICHAEL CHASTAINE
                                             MICHAEL CHASTAINE
                                             Counsel for Defendant
                                             Donte Marcel Anderson

Dated:  January 5, 2022                      /s/ MICHAEL HANSEN
                                             MICHAEL HANSEN
                                             Counsel for Defendant
                                             Tracy Whitfield

Dated:  January 5, 2022                      /s/ JARED FAVERO
                                             JARED FAVERO
                                             Counsel for Defendant
                                             Desteny Salazar

1

## ORDER

2      IT IS SO ORDERED this 12th day of January 2022.  The status conference is

3 continued to March 28, 2022,, at 9:00 a.m., time between January 10, 2022, and March 28,

4 2022, is excluded.

5

6 _____

7 CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28