UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 24, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN OSCAR DURAN,<br><br>　　　　　Defendant. | Case No. 2:20-CR-00105-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ADRIAN OSCAR DURAN , Case No. 2:20-CR-00105-KJM  Charge 18 USC § 922(j), from custody for the following reasons: for the following reasons:

　　　　X　　Release on Personal Recognizance

　　　　___　Bail Posted in the Sum of $ _____

　　　　___　Unsecured Appearance Bond $ _____

　　　　___　Appearance Bond with 10% Deposit

　　　　___　Appearance Bond with Surety

　　　　___　Corporate Surety Bail Bond

　　　　___　(Other): _____.

Issued at Sacramento, California on March 24, 2022 at 3:16 p.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE