IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:20 CR 105 KJM |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO FILE |
| vs. | ) EXHIBIT A TO DEFENDANT'S FORMAL |
| | ) OBJECTIONS TO THE PRESENTENCE |
| ADRIAN O. DURAN, | ) REPORT UNDER SEAL |
| Defendant. | ) |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file Exhibit A to Defendant's formal objections to the presentence report under seal is granted. Exhibit A to Defendant's formal objections to the presentence report shall be filed under seal.

Dated: December 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE