```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ADRIAN O. DURAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADRIAN O. DURAN,<br><br>        Defendant. | Case No.: 2:20 CR 105 KJM<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR A PORTION OF DEFENDANT'S MEMORANDUM AND DECLARATION RELATED THERETO TO BE FILED UNDER SEAL |

### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file Defendant's Memorandum ("Defendant's Supplemental Sentencing Memorandum"), specifically page 2; lines 11-28; all of page 3; page 4; line 1; page 4; lines 8-11 after "employment" up to "and put"; and, page 4; lines 16-19, after "merely allegations" up to "Moreover" as well as Declaration of Counsel related thereto under seal is granted. Defendant's Memorandum, as requested, and Declaration of Counsel related thereto shall be filed under seal.

Dated: 8/28/23

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE